BEFORE THE SECOND DIVISION, MAY 8, 1947

**No. 51695.**—Protests 129392–K, etc., of Daniel F. Young, Inc., et al. (New York).

Opinion by TILSON, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51696.**—Protests 997281–G, etc., of Merrill, Clark & Meinig, Inc. (New York).

Opinion by KINCHELOE, J.    It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).    In accordance therewith the claim of the plaintiff was sustained.

**No. 51697.**— Protests 995189–G, etc., of Amfo, Inc., et al. (New York).

Opinion by KINCHELOE, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51698.**—Protests 129391–K, etc., of Daniel F. Young, Inc. (New York).

Opinion by KINCHELOE, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 8, 1947

**No. 51699.**—Protest 111833–K of Kasco Mills, Inc. (Cleveland).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).    In accordance therewith the claim for free entry was sustained.